UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL NO. 00-2289 (MJD/JGL)

GAIL SCHIRMER,

Plaintiff,

ORDER

v.

NCB MANAGEMENT SERVICES
INCORPORATED, et al.,

Defendans.

Plaintiff filed a Complaint in the above-captioned matter on October 11, 2000. To date, there is no record that the Complaint has been served.

Accordingly, IT IS HEREBY ORDERED that plaintiff shall file with the Court a proof of service of this Complaint no later than March 26, 2002. Plaintiff is cautioned that failure to comply with this Order may result in dismissal of this action for failure to prosecute under Rule 41(b), Fed.R.Civ.P.

Dated: February 25, 2002.

JONATHAN LEBEDOFF
United States Magistrate Judge

FEB 26 2002

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK