**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Gail Schirmer,

Plaintiff,

v.

NCB Management Services, Inc., and Arlene Curtis, Individually,

Defendants.

Court File No. 00-2289 (MJD/JGL)

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

---

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Gail Shirmer hereby dismisses with prejudice all claims against the Defendants asserted or that could have been asserted in the Complaint in the above-captioned matter. This dismissal shall be without further cost to any of the parties hereto. It is further stipulated and agreed that any party, without notice to another, may cause judgment of dismissal with prejudice and on the merits to be entered herein.

Dated: 3/4, 2002

Thomas J. Lyons, Jr., #249646
CONSUMER JUSTICE CENTER, P.A.
342 East County Road D
Little Canada, MN 55117
Telephone: (651) 770-9707
**Attorney for Plaintiff**

Dated: 3/7, 2002

James F. Roegge (#92678)
Barton C. Gernander (#26779X)
MEAGHER & GEER, P.L.L.P.
4200 Multifoods Tower
33 South Sixth Street
Minneapolis, MN 55402
Telephone: (612) 338-0661
**Attorneys for Defendant**

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**ORDER FOR DISMISSAL**

Based upon the foregoing Stipulation of Dismissal with Prejudice entered into by the parties, and upon all of the files, records and proceedings herein,

IT IS HEREBY ORDERED: That the above-entitled action is hereby dismissed with prejudice and on the merits, without cost to any of the parties hereto.

LET JUDGMENT BE ENTERED ACCORDINGLY.

BY THE COURT:

Dated: 3-11, 2002

Hon. Michael J. Davis
Judge of United States District Court for the District of Minnesota

947831