# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Gail Schirmer,

Plaintiff,

Case No. Civil 00-2289 MJD/JGL

v.

**JUDGMENT IN A CIVIL CASE**

NCB Management Services, Inc., and
Arlene Curtis, Individually,

Defendants.

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED that the above-entitled action is hereby dismissed with prejudice and on the merits, without cost to any of the parties hereto.**

DATE: March 11, 2002

RICHARD SLETTEN , CLERK

E. Knoblauch

E. Knoblauch, Deputy Clerk

5